16-3034-ADC

16-3035-ADC

**AFFIDAVIT IN SUPPORT OF CRIMINAL ARREST AND SEARCH WARRANTS**

I, Matthew R. Schautz, a Deportation Officer with United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Baltimore Field Office, Baltimore, Maryland, being duly sworn, depose and state as follows:

ENTERED LODGED RECEIVED
DEC 05 2016
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

**PURPOSE OF THE AFFIDAVIT**

1. This affidavit is made in support of a criminal complaint and arrest warrant for POLANCO-Paredes, Roberto ("POLANCO-PAREDES"), age 44, for violation of Title 8, United States Code, Section 1326(a) and (b)(1) (unauthorized reentry of a removed alien after conviction for a felony).

2. This affidavit is also made in support of a search warrant for 1114 Beall Place Laurel, MD 20707 in relation to any identity documents found in the residence in relation to POLANCO-PAREDES as well as an alias he may use.

**AGENT BACKGROUND**

3. Your Affiant has been a Deportation Officer at U.S. Immigration and Customs Enforcement ("ICE"), Department of Homeland Security in Baltimore, Maryland since 2015. Your Affiant is a 2006 graduate of the United States Border Patrol Academy. Included in this training were courses in the identification of fraudulent documents. Your affiant has also taken fraudulent document identification courses offered by the Middle Atlantic-Great Lakes Organized Crime Law Enforcement Network. Your Affiant is currently assigned to the Violent Criminal Aliens Section within the High Intensity Operations Unit for ICE Enforcement and Removal Operations in the Baltimore Field Office and has completed numerous immigration investigations to include reentry after removal and fraudulent documents.

4. Your Affiant has conducted physical surveillances, performed both administrative and criminal arrests, executed search warrants, and secured other relevant information using other investigative techniques. Your affiant has also investigated multiple cases involving individuals that knowingly used fraud documents. Your affiant has also executed search warrants and made multiple arrests inside of homes where identity documents have typically been found.

5. As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

6. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, arrest warrant and search warrant, I have not included each and every fact known to me concerning this investigation.

**PROBABLE CAUSE**

7. POLANCO-PAREDES is a citizen of the Dominican Republic. POLANCO-PAREDES entered the United States at a place other than a port of entry in Puerto Rico on or about July 30, 2002. On or about February 18, 2003, POLANCO-PAREDES was taken into immigration custody after surrendering himself to the San Juan Municipal Police Department, PR.

8. POLANCO-PAREDES departed the United States via voluntary departure on February 19, 2003 to the Dominican Republic. On or about January 12, 2004, POLANCO-PAREDES reentered the United States at a place other than a port of entry in Puerto Rico.

9. POLANCO-PAREDES was encountered by Immigration and Customs Enforcement on February 15, 2007 after receiving notice of his incarceration in Puerto Rico State Penitentiary Bayamon Branch 705 for violations of Puerto Rico Penal Code.

10. On or about March 20, 2007, POLANCO-PAREDES pleaded guilty at the San Juan First Instance Court, San Juan Superior Court in San Juan, PR for the offenses of "Attempted illegal appropriation of identity", "Attempted ideological falsehood", "Attempted forgery of license, certificate or other documentation", "Attempted possession of conveyance of forged documents". (Case no. KST07G0047) All violations of Puerto Rico Penal Code.

11. On that same day, POLANCO-PAREDES was sentenced to 90 days and 12 hours for each count for a total of 362 days incarceration for the above listed offenses.

12. On or about March 5, 2008, POLANCO-PAREDES was ordered removed by an immigration judge in Guaynabo, PR.

13. On March 13, 2008, POLANCO-PAREDES was removed from the United States to the Dominican Republic. Prior to his removal, POLANCO-PAREDES initialed ICE form I-294, Warning to Alien Removed or Deported acknowledging he could not return to the United States within 10 years without prior consent from the Attorney General or the Secretary of Homeland Security.

14. POLANCO-PAREDES reentered the United States at an unknown place in Puerto Rico without prior permission from the United States Attorney General or the Secretary of Homeland Security.

15. On or about September 9, 2011, POLANCO-PAREDES was again removed from the United States to the Dominican Republic following a conviction for illegal reentry 8 U.S.C. 1326 (b) (1) from the United States District Court for the District of Puerto Rico, (case no. 11-

215 m). POLANCO-PAREDES reentered the United States without prior permission from the United States Attorney General or the Secretary of Homeland Security. Prior to his removal POLANCO-PAREDES initial, signed and was fingerprinted on ICE form I-294, Warning to Alien Ordered Removed or Deported indicating acknowledgement that he could not return to the United States within a 20-year period without prior consent from the Attorney General or the Secretary of Homeland Security.

16. Sometime after September 9, 2011, POLANCO-PAREDES again entered the United States without permission from the United States Attorney General or the Secretary of Homeland Security.

17. On or about September 27, 2016, ICE was made aware of POLANCO-PAREDES from Licensing Investigators with Maryland Lottery and Gaming by an employment application that PALANCO-PAREDES filed with Maryland Live! in Hanover, Maryland. Listed on the application, POLANCO-PAREDES used the name JIMENEZ-DE JESUS, Angel, and Social Security no. 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.

18. Records checks revealed that JIMENEZ-DEJESUS was a deceased United States citizen as of September 16, 2016. On the aforementioned application, POLANCO-PAREDES used a Florida Driver's License under the name of JIMENEZ-DEJESUS, Angel (J-552-012-69-012-0).

19. Under that same application, POLANCO-PAREDES listed his address as 1114 Beall Place, Laurel, MD 20707. On or about October 27, 2016 at approximately 0730, ICE officers observed a person matching the physical description to of POLANCO-PAREDES exit the address listed ("Subject's address") above and get into a Toyota Camry with Florida License Plates, DYMA06 ("Subject's vehicle").

20. Records checks revealed that the registered owner to the Toyota Camry with Florida License Plates DYMA06 is POLANCO-PAREDES, Roberto with an address of 3544 Saint Johns Bluff Road Apartment #401 Jacksonville, FL 32224-2667.

21. On October 31, 2016, at approximately 0730 ICE officers observed the same individual exit the Subject's address and get into the Subject's vehicle.

22. On November 1, 2016 at approximately 0730, ICE officers observed the same individual exit the address listed above and get into the Subject's vehicle. On this day officers took pictures of the car in front of the Subject's address.

23. On November 4, 2016 at approximately 0600, ICE officers observed the Subject's vehicle sitting outside of the Subject's address.

24. After a search of records maintained by U.S. Citizenship and Immigration Services, Department of Homeland Security, no record was found to exist indicating that POLANCO-PAREDES obtained consent at any time prior to September 27, 2016, from the Attorney General of the United States, or at any time after March 13, 2008, from the Secretary of the Department of Homeland Security, for re-admission in the United States.

**CONCLUSION**

25. Based on the foregoing, I respectfully submit that there is probable cause to believe that Roberto POLANCO-PAREDES, an alien who previously had been deported and removed after having been convicted of a felony, knowingly entered and was found in the United States without having obtained the express consent of the Attorney General of the United States or his or her successor, the Secretary for Homeland Security, to reapply for admission into the United States as required by law.

26. Based on my training, knowledge, and experience identity documents are frequently located inside of homes. I respectfully submit that there is probable cause to issue a search warrant for the residence of 1114 Beall Place Laurel, MD 20707 for identity documents pertaining to Angel JIMENEZ-DEJESUS, as well as documents related to the false claim of U.S. citizenship made by POLANCO-PAREDES.

27. Based upon the foregoing, I submit that there is probable cause to issue a criminal complaint and arrest warrant for Roberto POLANCO-PAREDES, charging him with a violation of 8 U.S.C. § 1326(a) and (b)(1) (reentry of a removed alien).

Respectfully submitted,

MS D07017

Matthew R. Schautz
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me on the 18th day of November, 2016

THE HONORABLE A. DAVID COPPERTHITE
UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT A

## Description of Property to be Searched

1114 Beall Place Laurel, MD 20707 is a single family home with white siding and brick that circles the home. The home appears to have a basement, main floor, and an upstairs area. There is an entry door seen from the street, white in color, and a glass storm door, with seven steps, blue in color, that lead to the front door. A chain linked fence extends around the home from the sides of home and covers the backyard. There is a window to the left of the front door and a larger window to the right of the door. When facing the home, on the right side there is an entry door with steps running from the door down to the backyard. On the left side of the home, a basement window is visible from the street. There are also two main level windows and one upper level window on the left side of the home when observing from the street. The home has a grey shingled style type roof.

## ATTACHMENT B

**Items to be seized:**

Any document under the identity of JIMENEZ-DE JESUS, Angel, and Social Security No. 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 or any other document suspected to be fraudulent or suspected to be obtained under false pretenses.